**Order issued July 11, 1997**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-95-01591-CR
No. 05-95-01592-CR

**JERMAINE WOOTEN, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Maloney, Whittington, and Bridges

In accordance with this Court's opinion of this date, the trial court is **ORDERED** to conduct within sixty days of the date of this order a hearing at which the trial court shall require the State to come forward with racially neutral explanations for the use of its peremptory strikes. The trial court shall then determine whether appellant has established purposeful discrimination and make written findings of fact and conclusions of law. The trial court is **ORDERED** to file within sixty days of the date of this order a supplemental record consisting of (1) a statement of facts of the hearing ordered by this Court and (2) a supplemental transcript containing the trial court's written findings of fact and conclusions

of law.

The above-numbered causes are **ABATED** for sixty days from the date of this order or until the supplemental record is filed with this Court, whichever comes first.

DAVID L. BRIDGES
JUSTICE